**Order filed, June 26, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00261-CR
_____

**BREALAND DWAYNE COMBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1287840**

### ORDER

The reporter's record in this case was due **May 21, 2013**. *See* Tex. R. App. P. 35.1. On **June 10, 2013**, this court granted the court reporters request for extension of time to file the record until **June 20, 2013**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Tammy Adams**, the official court reporter, to file the record in this appeal **on or before July 22, 2013.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Tammy Adams** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM